by Sackett, it might and probably would form a case where the relief which the section of the code referred to, seems to contemplate, would be given to Bellows.

The motion to strike out the answer and for judgment in favor of the plaintiff against all the defendants for the amount claimed in the complaint is granted, but the defendant Bellows may amend his answer on payment of $5 costs, the amended answer to be served in twenty days, &c.

---

## COURT OF APPEALS, MAY TERM, 1849.

GILBERT A. WILKIN and another, Appellant, agt. NATHANIEL PEARCE, Respondent.

An attorney should not wait until the last day but one for filing notices of argument or issue, before sending to the clerk to file for the calendar. If he does thus wait, without a sufficient excuse, and circumstances then transpire which prevents his sending his notice in season for the calendar he will not be allowed to put it on, whatever his excuse may be after that time.

WM. CURTIS NOYES, *for respondent*, moved to put this cause on the (present) calendar upon the following affidavit: (Title of the cause.) " City and County of New York, ss : Joseph S. York, attorney for the respondent in the above cause, being duly sworn, says; that this cause has been regularly noticed on both sides for the present May term of this court, and has been on the calendar for the three last terms of this court. That the day previous to the last on which notes of issue could be filed for the present term, this deponent was suddenly and violently taken sick, so as to unfit him from attending to any professional business, or be able to give his attention thereto, and was thus sick for three days. That this deponent fully and honestly intended to put this cause on the calendar, and would have done so had it not been for his illness. That on his recovery, deponent applied to the clerk of the court to put the cause on the calendar, stating the circumstances of his illness, as the excuse for not filing his note of issue in season; but the clerk declined on the ground that the calendar was in the hands of the printer. That, as deponent believes, both sides are ready for the argument of this cause.

" Sworn to &c." (Signed.)

THE COURT denied the application on the ground, that the attorney should not have waited until the last day but one before sending his notice of argument (or issue) to the clerk for filing.